**Fill in this information to identify your case and this filing:**

Debtor 1: **Lerin Wayne Miller**
First Name        Middle Name        Last Name

Debtor 2: _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number: **23-15473**

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**4505 E 121st Ct.**
Street address, if available, or other description

**Thornton**    **CO**    **80241-0000**
City              State     ZIP Code

**Adams**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $590,000.00
**Current value of the portion you own?** $295,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................=>**     **$295,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  **Lerin Wayne Miller**    Case number *(if known)* **23-15473**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make: **Subaru**
Model: **Forester**
Year: **2009**
Approximate mileage: **135000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,750.00**
Current value of the portion you own? **$3,750.00**

**3.2** Make: **Chevrolet**
Model: **Suburban 1500**
Year: **2007**
Approximate mileage: **141000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$3,384.00**
Current value of the portion you own? **$3,384.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1** Make: **Tao**
Model: **D125**
Year: **2023**
Other information: **Kid-sized ATVs**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

**4.2** Make: **Tao**
Model: **D125**
Year: **2023**
Other information: **Kid-sized ATVs**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>    **$8,134.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Debtor 1 | Lerin Wayne Miller | Case number *(if known)* | 23-15473 |
|---|---|---|---|

| Furniture and appliances. | $800.00 |
|---|---|

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

| Tablet, laptop, and televisions. | $300.00 |
|---|---|

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

| Guitar | $30.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| Ruger EC9S 9MM, ruger SR 22 .22, 1938 Springfield Model 83 Single Bolt action .22 | $300.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Everyday apparel. | $100.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Wedding ring. | $80.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Debtor 1    **Lerin Wayne Miller**    Case number *(if known)* **23-15473**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................    **$1,610.00**

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    | 17.1. | **Checking** | **Wells Fargo xx8737** | $435.31 |
    | 17.2. | **Checking** | **Wells Fargo xx5222** | $400.00 |
    | 17.3. | **Youth Savings** | **Wells Fargo xx8557** | $25.00 |
    | 17.4. | **Youth Savings** | **Wells Fargo xx8540** | $25.00 |
    | 17.5. | **Savings** | **Wells Fargo xx7368** | $25.14 |
    | 17.6. | **Savings** | **Wells Fargo xx2309** | $25.10 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No

| Debtor 1 | Lerin Wayne Miller | Case number *(if known)* | 23-15473 |
|---|---|---|---|

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Empower | $10,140.58 |
| Roth IRA xx592 | Charles Schwab Bank | $6,090.22 |
| Roth IRA xx938 | Charles Schwab Bank | $6,500.24 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    | **Fidelity 529** | **$2.07** |
    |---|---|

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No

| Debtor 1 | Lerin Wayne Miller | Case number *(if known)* | 23-15473 |
|---|---|---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| HSA | Lerin Miller | $854.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**.................................................................................................................
    $24,522.66

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

| Debtor 1 | Lerin Wayne Miller | Case number *(if known)* | 23-15473 |
|---|---|---|---|

| | |
|---|---:|
| SNAP RING PLIER SET; WELDER; AIR COMPRESSORS; SOCKET SETS QTY 2; INFLATORS QTY 2; PLANER; BLOWER; CIRCULAR SAW; LIGHTS QTY 4; LIGHT TRIPOD TOWER; EXTENSION CORDS; SOLDER GUN; ALLEN T HANDLES; 3/8 SOCKET SET DEEP AND STANDARD WALL; 3/8 WRENCHES; 3/8 EXTENSIONS VARIOUS SIZES; 1/4 SOCKET SET DEEP AND STANDARD WALL; 1/4 WRENCHES; 1/4 EXTENSIONS VARIOUS SIZES; 1/2 SOCKET SET DEEP AND STANDARD WALL; 1/2 WRENCHES; 1/2 EXTENSIONS VARIOUS SIZES; PICK SET; SPADE TOOL SET; INSPECTION CAMERA; FLIR HEAT CAMERA; SCREW DRIVER SETS; INSULATED SCREW DRIVER SETS; PLIERS, NEEDLE NOSE, STANDARD; WRENCHES, CHANNEL LOCKS, ADJUSTABLES, SPUD WRENCHES; VISE GRIPS; PIPE CUTTERS; COMBO WRENCH SETS, METRIC AND STANDRD; 1/4 INCH BIT SET AND DRIVERS; 3/8 INCH IMPACT SOCKETS; 1/2 IMPACT SOCKETS; RATCHETING WRENCHES; FLARE RATHETING WRENCHES; GO THROUGH SOCKETS 3/8 INCH; FILES, VARIOUS SIZES AND STYLES; MICROMETERS QTY 2 ; | **$4,390.00** |
| GLOVES; TORX HANDLE DRIVERS; NUT DRIVERS, METRIC AND STANDARD; HAMMERS, VERIOUS SIZES AND STYLES; MULTIMETERS QTY2 ; INFRARED TEMP GUNS QTY2 ; TAP AND DIE SET, METRIC STNADARD AND NPT; JUMBO ALLEN WRENCHES; HEX HEAD IMPACT SET, METRICSAFETY EAR MUFFS; RESPIRATORS; CLAMPS, VARIOUS SIZES AND STYLES; PUNCHES, CHIZLES, PUTTY KNIVES.; BUNGEE CORDS, RATCHET STRAPS; ROTARY TOOL SET QTY 2; HUSKEY CONNECT SYSTEM, ONE ROLLER BOX, ONE JUMBO BOX, 3 SLIDE OUT BOXES. 5 TOP OPEN ; ACCESSIBLE BOXES; JUMBO COMBO WRENCHES; 10 CORDLESS BATTERIES; 1/2 1200 FT LB CORDLESS IMPACT; 1/2 750 FT LB IMPACT CORDLESS ; 3/8 CORDLESS RATCHET; 3/8 250 FT LB CORDLESS IMPACT; 1/4 BIT CORDLESS IMPACT; CORDLESS VACUUM; CORDLESS FAN; CORDLESS LIGHTS; SOCKET HOLDERS QTY3 ; CROW FOOT SETS, METRIC AND STANDARD; DRILL BITS, STANDARD INDEX, LEFT HAND AND EXTRACTOR SETS; RECIP SAW CORDLESS; CORDLESS DRILL/DRIVER; TORCH KIT QTY 2; GRINDER/CUT OFF WHEEL; THREE JAW PULLER SET 3; CARGO BARS QTY 4 ; PRECISION INDICATORS; MAGNET BASE FOR INDICATORS; TORQUE WRENCHES ; RIVET SET; WIRE STIRPPERS; CORDLES OIL PUMP; HYDRAULIC PUMP WITH HEADS; PUNCH LETTER, NUMBER SET; AIR WEDGE MANUAL PUMP SET; MANUAL OIL PUMPS QTY 2 ; PRY BARS, VARIOUS SIZES; V BELT SIZE GAUGE; V BELT TENSION GAUGE; WIKA ALLEN SET, METRIC AND STANDARD | **$5,145.00** |

41. **Inventory**
☒ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Give specific information about them...................
   Name of entity:                           % of ownership:

43. **Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

Debtor 1   **Lerin Wayne Miller**          Case number *(if known)*   23-15473

☒ No
☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ☒ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................... | **$9,535.00**

| **Part 6**: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................ | | **$295,000.00**
56. **Part 2: Total vehicles, line 5** | $8,134.00 |
57. **Part 3: Total personal and household items, line 15** | $1,610.00 |
58. **Part 4: Total financial assets, line 36** | $24,522.66 |
59. **Part 5: Total business-related property, line 45** | $9,535.00 |
60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
61. **Part 7: Total other property not listed, line 54**   + | $0.00 |
62. **Total personal property.** Add lines 56 through 61... | $43,801.66 | Copy personal property total | **$43,801.66**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$338,801.66**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Lerin Wayne Miller** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | 23-15473 | | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **4505 E 121st Ct. Thornton, CO 80241 Adams County**<br>Line from *Schedule A/B*: **1.1** | $295,000.00 | ■ $250,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 38-41-201(1)(a), 38-41-201.6, 38-41-201.7 38-41-202, 38-41-205** |
| **2009 Subaru Forester 135000 miles**<br>Line from *Schedule A/B*: **3.1** | $3,750.00 | ■ $3,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** |
| **2007 Chevrolet Suburban 1500 141000 miles**<br>Line from *Schedule A/B*: **3.2** | $3,384.00 | ■ $3,384.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** |
| **Furniture and appliances.**<br>Line from *Schedule A/B*: **6.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Tablet, laptop, and televisions.**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |

Debtor 1  **Lerin Wayne Miller**  Case number (if known) **23-15473**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Guitar**  Line from Schedule A/B: **9.1** | $30.00 | ■ $30.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Ruger EC9S 9MM, ruger SR 22 .22, 1938 Springfield Model 83 Single Bolt action .22**  Line from Schedule A/B: **10.1** | $300.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(x)** |
| **Wedding ring.**  Line from Schedule A/B: **12.1** | $80.00 | ■ $80.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **Checking: Wells Fargo xx8737**  Line from Schedule A/B: **17.1** | $435.31 | ■ $435.31  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **Checking: Wells Fargo xx5222**  Line from Schedule A/B: **17.2** | $400.00 | ■ $400.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **Youth Savings: Wells Fargo xx8557**  Line from Schedule A/B: **17.3** | $25.00 | ■ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **Youth Savings: Wells Fargo xx8540**  Line from Schedule A/B: **17.4** | $25.00 | ■ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **Savings: Wells Fargo xx7368**  Line from Schedule A/B: **17.5** | $25.14 | ■ $25.14  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **Savings: Wells Fargo xx2309**  Line from Schedule A/B: **17.6** | $25.10 | ■ $25.10  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(w)** |
| **401(k): Empower**  Line from Schedule A/B: **21.1** | $10,140.58 | ■ $10,140.58  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **Roth IRA xx592: Charles Schwab Bank**  Line from Schedule A/B: **21.2** | $6,090.22 | ■ $6,090.22  ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |

Debtor 1 **Lerin Wayne Miller**  Case number (if known) **23-15473**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Roth IRA xx938: Charles Schwab Bank**<br>Line from Schedule A/B: **21.3** | $6,500.24 | ■ $6,500.24<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **Fidelity 529**<br>Line from Schedule A/B: **24.1** | $2.07 | ■ $2.07<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **HSA**<br>**Beneficiary: Lerin Miller**<br>Line from Schedule A/B: **31.1** | $854.00 | ■ $854.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **SNAP RING PLIER SET; WELDER; AIR COMPRESSORS; SOCKET SETS QTY 2; INFLATORS QTY 2; PLANER; BLOWER; CIRCULAR SAW; LIGHTS QTY 4; LIGHT TRIPOD TOWER; EXTENSION CORDS; SOLDER GUN; ALLEN T HANDLES; 3/8 SOCKET SET DEEP AND STANDARD WALL; 3/8 WRENCHES; 3/8 EXTENSI**<br>Line from Schedule A/B: **40.1** | $4,390.00 | ■ $4,390.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(i)(I)(A)** |
| **GLOVES; TORX HANDLE DRIVERS; NUT DRIVERS, METRIC AND STANDARD; HAMMERS, VERIOUS SIZES AND STYLES; MULTIMETERS QTY2 ; INFRARED TEMP GUNS QTY2 ; TAP AND DIE SET, METRIC STNADARD AND NPT; JUMBO ALLEN WRENCHES; HEX HEAD IMPACT SET, METRICSAFETY EAR MUFFS; RESP**<br>Line from Schedule A/B: **40.2** | $5,145.00 | ■ $5,145.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(i)(I)(A)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 3 of 3